18859. LANE *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928.

*Jere M. Moore,* for plaintiff in error.
*Jule Felton, solicitor-general,* contra.